```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 08376
   AKINTUNDE LITTLEJOHN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7532


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 04/07/2008 and was not confirmed.

   The case was dismissed without confirmation 07/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK          NOTICE ONLY    NOT FILED              .00            .00
NEW PRAIRIE FAMILY CONDO  SECURED           360.00              .00            .00
WACHOVIA DEALER SERVICES  SECURED VEHIC   34837.00              .00            .00
WELLS FARGO BANK          CURRENT MORTG       .00               .00            .00
WELLS FARGO BANK          MORTGAGE ARRE       .00               .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     297.33              .00            .00
CHASE BANK USA NA         UNSEC W/INTER     610.74              .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     480.00              .00            .00
COMPUTER CREDIT           UNSEC W/INTER  NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    3340.43              .00            .00
PROVIDIAN FINANCIAL       UNSEC W/INTER  NOT FILED              .00            .00
RMI/MCSI                  UNSEC W/INTER  NOT FILED              .00            .00
RMI/MCSI                  UNSEC W/INTER     500.00              .00            .00
SYSTEM & SERVICE TECHNOL  UNSEC W/INTER  NOT FILED              .00            .00
TRS CIGPF1CORP            UNSEC W/INTER  NOT FILED              .00            .00
VERIZON WIRELESS          UNSEC W/INTER  NOT FILED              .00            .00
WEST ASSET MANAGEMENT     UNSEC W/INTER  NOT FILED              .00            .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED              .00            .00
WACHOVIA DEALER SERVICES  UNSEC W/INTER    1793.81              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1110.73              .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08376 AKINTUNDE LITTLEJOHN
```

```
DEBTOR REFUND                                                              .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

　　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 10/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```